# UNITED STATES DISTRICT COURT

for the
Eastern District of California

| | |
|---|---|
| **Josh Stogden** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:26-CV-04634-HBK |
| | ) |
| | ) |
| **Savvy Insurance Solutions, LLC.** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Amy Scott-Ross (MA, CT, RI), state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Savvy Insurance Solutions, LLC. in Suffolk County, MA on July 15, 2026 at 9:50 am at Paracorp Incorporated, 77 Franklin St, Ste 505, Boston, MA 02110-1510 by leaving the following documents with John jones who as secretary/RECEPTIONIST is authorized by appointment or by law to receive service of process for Savvy Insurance Solutions, LLC..

SUMMONS IN A CIVIL CASE, RETURN OF SERVICE
Race: Black or African American, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.3553515975,-71.058069874
Photograph: See Exhibit 1

Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Suffolk County                                        ,

MA        on    7/17/2026            .

/s/ *Amy Scott-Ross MA, CT, RI*

Amy Scott-Ross (MA, CT, RI) - +1 (857) 249-9226



Exhibit 1a)
7/15/2026 9:50 am EDT
77 Franklin St, Ste 505, Boston, MA 02110-1510
42.3553516, -71.0580699