Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:  (310) 586-3202

Attorneys for Defendant
SAVVY INSURANCE SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH STOGDEN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SAVVY INSURANCE SOLUTIONS, LLC,<br><br>                 Defendants. | Case No.  1:26-cv-04634-JLT-HBK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Case Assigned to the Hon. Jennifer L. Thurston<br><br>Complaint Filed:      June 15, 2026<br>Current response date: August 5, 2026<br>New response date:    September 2, 2026 |

- 1 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)

Pursuant to Local Rule 144 of the Local Civil Rules for the U.S. District Court for the Eastern District of California, Plaintiff JOSH STOGDEN ("Plaintiff") and Defendant SAVVY INSURANCE SOLUTIONS, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on June 15, 2026;

WHEREAS, Defendant was served with Complaint on or about July 15, 2026;

WHEREAS, Defendant's current deadline to respond to the Complaint is August 5, 2026;

WHEREAS, Defendant has not previously sought an extension of time to respond to the Complaint;

WHEREAS, counsel for Defendant are evaluating the underlying facts, Plaintiff's allegations, and potential defenses;

WHEREAS, the Parties have agreed that Defendant may have an extension of time to respond to the Complaint of twenty-eight (28) days, through and including September 2, 2026;

WHEREAS, by entering into this stipulation, the Parties do not waive, and specifically preserve, any and all claims and defenses they have available under the Federal Rules of Civil Procedure and any other applicable rules or law.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES, that Defendant may have until September 2, 2026 to file and serve a response to the Complaint.

**IT IS SO STIPULATED.**

Dated: August 5, 2026            MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Esteban Morales*
Esteban Morales

Attorneys for Defendant
SAVVY INSURANCE SOLUTIONS, LLC

Dated: August 5, 2026            PARONICH LAW, P.C.

*/s/ Alex N. Jilizian*
Alex N. Jilizian

Attorneys for Plaintiff JOSH STOGDEN and the Putative Class

- 2 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)

## **SIGNATURE CERTIFICATION**

I, Esteban Morales, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/  Esteban Morales
Esteban Morales

- 3 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)