Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendant
SAVVY INSURANCE SOLUTIONS, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSH STOGDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAVVY INSURANCE SOLUTIONS, LLC,<br><br>Defendants. | Case No. 1:26-cv-04634-JLT-HBK<br><br>**STIPULATION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Case Assigned to the Hon. Jennifer L. Thurston<br><br>Complaint Filed: June 15, 2026<br>Current response date: September 2, 2026<br>New response date: September 16, 2026 |

Plaintiff JOSH STOGDEN ("Plaintiff") and Defendant SAVVY INSURANCE SOLUTIONS, LLC ("Defendant" and collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on June 15, 2026 (Dkt. No. 1);

WHEREAS, Defendant was served with Complaint on or about July 15, 2026;

WHEREAS, on August 5, 2026, the Parties filed a Stipulation to Extend Time to Respond to Complaint By Not More Than 28 Days (L.R. 144) (Dkt. No. 8);

WHEREAS, the current deadline for Defendant to respond the Complaint is September 2, 2026;

WHEREAS, counsel for Defendant are evaluating the underlying facts, Plaintiff's allegations, and potential defenses;

WHEREAS, counsel for the Parties are discussing the underlying facts and informally exchanging information;

WHEREAS, the Parties have stipulated to extend the deadline by which Defendant may respond to the Complaint by fourteen (14) days, through and including September 16, 2026, to facilitate the foregoing discussions;

WHEREAS, Defendant also respectfully requests this extension as a result of unrelated case deadlines, including deadlines related to an arbitration set for hearing at the end of September;

WHEREAS, this is Defendant's second request for an extension of time to respond to the Complaint;

WHEREAS, by entering into this stipulation, the Parties do not waive, and specifically preserve, any and all claims and defenses they have available under the Federal Rules of Civil Procedure and any other applicable rules or law.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES, that Defendant may have until September 16, 2026 to file and serve a response to the Complaint.

///

///

**IT IS SO STIPULATED.**

Dated: August 31, 2026

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Esteban Morales*
Esteban Morales

Attorneys for Defendant
SAVVY INSURANCE SOLUTIONS, LLC

Dated: August 31, 2026

PARONICH LAW, P.C.

*/s/ Alex N. Jilizian (as authorized on 8/31/26)*
Alex N. Jilizian

Attorneys for Plaintiff JOSH STOGDEN and the Putative Class

**SIGNATURE CERTIFICATION**

I, Esteban Morales, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Esteban Morales*
Esteban Morales