**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSH STOGDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAVVY INSURANCE SOLUTIONS, LLC,<br><br>Defendants. | Case No. 1:26-cv-04634-JLT-HBK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Case Assigned to the Hon. Jennifer L. Thurston<br><br>Complaint Filed: June 15, 2026<br>Current response date: September 2, 2026<br>New response date: September 16, 2026 |

On August 31, 2026, the Parties filed a Stipulation to Extend the Time to Respond to Plaintiff's Complaint (the "Stipulation").

The Court, having considered the Parties' Stipulation and finding good cause, hereby **GRANTS** the Stipulation and **ORDERS** that Defendant Savvy Insurance Solutions, LLC, shall have an extension of time to file a response to Plaintiff's Complaint until and including September 16, 2026.

**IT IS SO ORDERED.**

Dated:

Hon. Jennifer L. Thurston
U.S. District Court Judge