**PARONICH LAW, P.C.**
Alex N. Jilizian
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (213) 866-5293
Facsimile: (508) 318-8100
alex@paronichlaw.com

*Counsel for Plaintiff Josh Stogden*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSH STOGDEN,** individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SAVVY INSURANCE SOLUTIONS, LLC.**,<br><br>Defendant. | Case No. 1:26-cv-04634-JLT-HBK<br><br>Hon. Helena M. Barch-Kuchta, U.S. Magistrate Judge<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINE**<br><br>Current Scheduling Conference: September 17, 2026<br>New Scheduling Conference: September 24, 2026<br>Current Joint Scheduling Report Due Date: September 10, 2026<br>New Joint Scheduling Report Due Date: September 17, 2026 |

## RECITALS

1. This is a putative class action. Plaintiff Josh Stogden ("Plaintiff") filed this action against Defendant Savvy Insurance Solutions, LLC ("Defendant") (collectively, the "Parties") alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.

2. Pursuant to the Court's Order Setting Mandatory Scheduling Conference (ECF No. 2), the Scheduling Conference in this matter is currently scheduled for September 17, 2026, and the Parties' Joint Scheduling Report is currently due no later than September 10, 2026.

3. Counsel for Plaintiff, Alex N. Jilizian, has another case hearing that has been continued to a date and time that conflicts with the current Scheduling Conference. In addition, the Court recently granted Defendant an extension of time to respond to the Complaint, up to and including September 16, 2026 (ECF No. 10). In light of that extension, the Parties agree that a one-week continuance of the Scheduling Conference and the related Joint Scheduling Report deadline is appropriate and will allow the case to proceed in an orderly fashion.

4. Good cause exists to extend the Scheduling Conference and the related Joint Scheduling Report deadline in light of the scheduling conflict for Plaintiff's counsel and the recently extended deadline for Defendant to respond to the Complaint.

5. The Parties agree to extend the Scheduling Conference from September 17, 2026 to September 24, 2026, and the deadline to file the Joint Scheduling Report from September 10, 2026 to September 17, 2026.

6. This extension will not alter the date of any other event or deadline already fixed by Court order, and is the Parties' first request to extend these deadlines.

## STIPULATION

Plaintiff and Defendant, by and through their respective counsel, hereby

stipulate and agree as follows:

1. The Scheduling Conference currently scheduled for September 17, 2026 shall be continued to and including September 24, 2026, or such other date and time as is convenient for the Court.

2. The deadline for the Parties to file their Joint Scheduling Report shall be extended to and including September 17, 2026.

DATED: September 9, 2026

*<u>/s/ Alex N. Jilizian</u>*
Alex N. Jilizian
350 Lincoln Street, Suite 2400
Hingham, MA 02043
PARONICH LAW, P.C.
Telephone: (213) 866-5293
Facsimile: (508) 318-8100
alex@paronichlaw.com

*Attorneys for Plaintiff*

*<u>/s/ Esteban Morales</u>*
Esteban Morales Fabila
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202
emorales@mintz.com

*Attorneys for Defendant*
*SAVVY INSURANCE SOLUTIONS, LLC*

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 9, 2026

Respectfully submitted,

*/s/ Alex N. Jilizian*

Alex N. Jilizian

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 9, 2026, I electronically filed the foregoing JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINE with the United States District Court for the Eastern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Respectfully submitted,

*/s/ Alex N. Jilizian*
Alex N. Jilizian