**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSH STOGDEN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAVVY INSURANCE SOLUTIONS, LLC.,<br><br>Defendant. | **Case No. 1:26-cv-04634-JLT-HBK**<br><br>Hon. Jennifer L. Thurston, District Judge<br><br>Hon. Helena M. Barch-Kuchta, Magistrate Judge |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINE**

The Court, having considered the Parties' Joint Stipulation to Continue Scheduling Conference and Related Deadline, and good cause appearing, hereby orders as follows:

1. The Parties' Joint Stipulation is granted.

2. The Scheduling Conference currently set for September 17, 2026 is continued to and including September 24, 2026, or such other date and time as is convenient for the Court.

3. The deadline for the Parties to file their Joint Scheduling Report is extended to and including September 17, 2026.

IT IS SO ORDERED.

Dated: ______________________, 2026 ________________________________

Hon. Helena M. Barch-Kuchta
United States Magistrate Judge