Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendant
SAVVY INSURANCE SOLUTIONS, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSH STOGDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAVVY INSURANCE SOLUTIONS, LLC,<br><br>Defendants. | Case No. 1:26-cv-04634-JLT-HBK<br><br>Case Assigned to the Hon. Jennifer L. Thurston<br><br>**DEFENDANT SAVVY INSURANCE SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: June 15, 2026 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Savvy Insurance Solutions, LLC states that its parent corporation is Trellis Technologies, Inc. and states that no publicly held corporation owns 10% or more of its stock.

Dated: September 16, 2026

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Esteban Morales*
Esteban Morales

Attorneys for Defendant
SAVVY INSURANCE SOLUTIONS, LLC