Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendant
SAVVY INSURANCE SOLUTIONS, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSH STOGDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAVVY INSURANCE SOLUTIONS, LLC,<br><br>Defendants. | Case No. 1:26-cv-04634-JLT-HBK<br><br>Case Assigned to the Hon. Jennifer L. Thurston<br><br>**DEFENDANT SAVVY INSURANCE SOLUTIONS, LLC'S DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: June 15, 2026 |

Defendant Savvy Insurance Solutions, LLC hereby demands a jury trial.

Dated: September 30, 2026

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Esteban Morales*
Esteban Morales

Attorneys for Defendant
SAVVY INSURANCE SOLUTIONS, LLC